United States District Court
Southern District of Texas
**ENTERED**
June 01, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Glenda Jamileth Cruz-De Hernandez, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-3971 |
| | § | |
| Randy Tate, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER DISMISSING PETITION

Before the Court is Respondents' Advisory indicating that Petitioner Glenda Jamileth Cruz-De Hernandez has been released from detention pursuant to an order of supervision. Docs. 6–7.

Petitioner's release renders the sole challenge in her Petition—her detention—non-justiciable. *See* Doc. 1. The Petition is therefore DISMISSED AS MOOT.

The action shall be restored to the docket upon Petitioner's request and her demonstration that any aspect of the Petition has not been rendered moot by her release.

This is a FINAL JUDGMENT.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 1st of June, 2026.

_____
Nicholas J. Ganjei
United States District Judge